IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Chante MASON,

           Plaintiff,

   v.

SAM'S CLUB #6693, SAM'S EAST INC.,
SAM'S CLUB INC., JOHN DOE #1, JOHN DOE
#2,

           Defendants.

CIVIL ACTION
NO. 25-5038

## ORDER

**AND NOW**, this 27th day of April 2026, upon consideration of Defendants' Notice of Removal (Doc. No. 1), Plaintiff's Motion to Remand to State Court (Doc. No. 9), Defendants' Response in Opposition (Doc. No. 10), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion to Remand to State Court (Doc. No. 9) is **GRANTED**.

2. The Clerk of Court shall remand this case to the Court of Common Pleas of Philadelphia County.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.